# Court of Appeals
# of the State of Georgia

ATLANTA,____June 13, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1800.  KEVIN GROSS v. THE STATE.**

On August 27, 2013, Kevin Gross filed a notice of appeal from the trial court's December 12, 2012 order denying a motion to modify his sentence.  According to Gross, the appeal is proper because he was not given timely notice of the trial court's ruling.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Gross's notice of appeal is untimely, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.

To the extent that Gross was not given timely notice of the trial court's ruling, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See id.; *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  The re-entry of the order begins anew the time for filing a notice of appeal.  See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/13/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*